# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ALLISON KEIGHTLEY MITCHELL,**

       **Plaintiff,**

  v.                                             Civil Action No. 5:21-cv-126
                                                         Judge Bailey

**WARDEN P. ADAMS,**

       **Defendant.**

## REPORT AND RECOMMENDATION THAT APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES BE DENIED

On July 23, 2021, the *pro se* plaintiff, Allison Mitchell, filed this civil rights complaint together with a Motion for Leave to Proceed *in forma pauperis* and a Prisoner Trust Account Report ("PTAR") with ledger sheets. The PTAR and ledger sheets reveal that the plaintiff has an available balance of $927.09. Consequently, the plaintiff has more than enough money to pay the $402.00 filing fee. Accordingly, the plaintiff's request to proceed without prepayment of fees should be denied, and she should be ordered to pay the full filing fee. The plaintiff should also be warned that the failure to pay the full filing fee within the time allowed by the Court will result in the dismissal of her complaint for failure to prosecute.

The plaintiff shall have fourteen days from the date of entry of this Report and Recommendation within which to file with the Clerk of this Court, **specific written objections, identifying the portions of the Report and Recommendation to which objection is made, and the basis of such objection.** A copy of such objections should also be submitted to the United States District Judge. Objections shall not exceed ten (10)

typewritten pages or twenty (20) handwritten pages, including exhibits, unless accompanied by a motion for leave to exceed the page limitations, consistent with LR PL P 12.

**Failure to file written objections as set forth above shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.** *Snyder v. Ridenour*, 889 F.2d 1363 (4th Cir. 1989); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).

The Clerk is **DIRECTED** to send a copy of this Report and Recommendation to the *pro se* plaintiff by certified mail, return receipt requested, to her last known address as shown on the docket.

DATED: July 23, 2021.

/s/ James P. Mazzone
JAMES P. MAZZONE
UNITED STATES MAGISTRATE JUDGE